**Order entered February 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

**CHARLES RICHARD VANDIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1256764-M**

## ORDER

The Court **DENIES** appellant's February 12, 2014 motion to abate the appeal. The Court has received appellant's pro se responses to the *Anders* brief filed by counsel and the appeal will be submitted in due course.

The Court received a supplemental reporter's record on January 31, 2014 of a November 28, 2012 bond reduction hearing. The Court reminds counsel of her obligation to provide appellant copies of the record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Valencia Bush and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Charles Vandiver.

/s/     DAVID EVANS
         JUSTICE